# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID SHUMAKER, | ) | CASE NO. 1:11-CV-00941 |
| Plaintiff, | ) ) | |
| | ) | JUDGE DAN POLSTER |
| vs. | ) ) | |
| SANTANDER CONSUMER USA, INC., | ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) ) | |

Plaintiff David Shumaker and Defendant Santander Consumer USA, Inc. hereby jointly give notice that they have reached a settlement in this case. As such, the parties respectfully request that the case management conference set for October 17, 2011 be cancelled. Furthermore, the parties jointly intend to file a Dismissal Entry with this Court within thirty days.

Respectfully submitted,

s/ *J. Daniel Scharville* (via email consent)
J. Daniel Scharville
Kahn & Associates LLC
55 Public Square, Suite 650
Cleveland, Ohio 44113
Telephone: (216) 621-6101
Fax: (216) 621-6006

**Attorney for Plaintiff David Shumaker**

/s/ *Rose Marie Fiore*
Rose Marie Fiore (0065243)
**McGlinchey Stafford, PLLC**
25550 Chagrin Boulevard, Suite 406
Cleveland, Ohio 44122-4640
Telephone: (216) 378-9905
Fax: (216) 378-9910
jwertheim@mcglinchey.com
rfiore@mcglinchey.com

***Attorneys for Defendant***
***Santander Consumer USA, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* was filed this 12th day of October, 2011. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

>J. Daniel Scharville
>Kahn & Associates, LLC
>55 Public Square, Suite 650
>Cleveland, Ohio 44113
>
>*Attorney for Plaintiff David Shumaker*

                /s/ *Rose Marie L. Fiore*