# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID SHUMAKER,** | ) | Case No. 1:11cv941 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | **STIPULATED DISMISSAL ENTRY** |
| | ) | |
| **SANTANDER CONSUMER USA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

                                                    */s/Dan Aaron Polster 10/14/11*
                                                    **Dan Aaron Polster**
                                                    **United States District Judge**